**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONEY MARTINEZ,

    Petitioner,

  v.

ROBERT W. FOX,

    Respondent.

                                              /

No. C 16-0344 NC (PR)

**ORDER OF TRANSFER**

Toney Martinez, a California state prisoner, a state prisoner at California Medical Facility, in Vacaville, California, seeks federal habeas review of the execution of his state sentence, pursuant to 28 U.S.C. § 2254.[1]  In the underlying federal habeas petition, petitioner challenges the California Board of Prison Terms' 2014 decision denying him parole, and extending the time to his next parole hearing, pursuant to Marsy's Law.

Venue is proper in a habeas action in either the district of conviction or the district of confinement.  28 U.S.C. § 2241(d).  But the district of confinement is the preferable forum to review the execution of a sentence.  *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).  Because California Medical Facility lies in the Eastern District of California, the court orders that, pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule

---

[1] Petitioner has consented to magistrate judge jurisdiction. (Docket Nos. 2, 3.)

1  2254-3(b), and in the interest of justice, this petition be transferred to the United States
2  District Court for the Eastern District of California.
3     Accordingly, this case is TRANSFERRED to the United States District Court for the
4  Eastern District of California, the district in which petitioner is currently confined. *See* 28
5  U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1). The Clerk shall terminate any pending motions
6  and transfer the entire file to the Eastern District of California.
7     IT IS SO ORDERED.
8  DATED:    March 23, 2016                    _____
9                                              NATHANAEL M. COUSINS
                                               United States Magistrate Judge

**United States District Court**
For the Northern District of California

2